IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GREEN PLAINS INC., | |
| Plaintiff, | 8:23CV438 |
| vs. | |
| RYAN CHANDLER, | ORDER |
| Defendant. | |

Upon notice of settlement given to the undersigned magistrate judge by counsel for the parties, (Filing No. 60)

**IT IS ORDERED:**

1. On or before April 7, 2025, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 3rd day of February, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge