IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GREEN PLAINS INC.,<br><br>                Plaintiff,<br><br>vs.<br><br>RYAN CHANDLER,<br><br>                Defendant. | 8:23CV438<br><br>**STIPULATED PERMANENT INJUNCTION AND STIPULATED DISMISSAL WITH PREJUDICE** |

    This matter is before the Court on the Parties' Stipulated Final Judgment of Permanent Injunction and Dismissal with Prejudice came before the Court for consideration. Upon review, and taking into consideration the record before the Court and statements of counsel, the Court hereby approves the same. Accordingly, the Court states the following:

    IT IS HEREBY ORDERED pursuant to the Defend Trade Secrets Act of 2016, the Nebraska Trade Secrets Act ("NTSA") and Fed. R. Civ. P. 65 that Defendant Chandler is enjoined from accessing, using, disclosing, or otherwise transmitting any and all GPRE and third party Confidential Information and trade secrets, as those terms are defined in the Non- Disclosure, Non-Solicitation, Non-Compete and Assignment of Inventions Agreement (the "Chandler NDA") and 18 U.S.C. § 1839(3) and/or Neb. Rev. Stat. § 87-502(4) respectively, or other proprietary assets or information for any purpose whatsoever for so long as any such protections shall apply to such assets or information.

    IT IS FURTHER HEREBY ORDERED that this permanent injunction shall remain in effect for perpetuity and not less than twenty years, or such time as the Parties agree that the permanent injunction shall no longer be necessary.

    IT IS FURTHER HEREBY ORDERED that Defendant Chandler is hereby enjoined pursuant to the Defend Trade Secrets Act of 2016, the Nebraska Trade Secrets Act

("NTSA") and Fed. R. Civ. P. 65 from using, accessing, or disclosing to any future employer or business affiliate any GPRE Confidential Information (as previously defined), trade secret, or proprietary information.

IT IS FURTHER HEREBY ORDERED that Defendant Chandler shall be permanently enjoined from making defamatory or disparaging comments about GPRE, its current officers, directors, employees (current and former), parent entities, subsidiaries, including without limitation regarding the Parties' dealings with one another or employment of Chandler.  These limitations extend to comments or statements made whether written or verbal.

IT IS FURTHER HEREBY ORDERED that this Court shall retain jurisdiction over this matter for a total of five (5) years from today for the purpose of implementing and enforcing the Stipulated Final Judgment of Permanent Injunction and this Order; imposing civil or criminal sanctions for contempt, if applicable.

IT IS FURTHER HEREBY ORDERED that all claims asserted by the parties in this matter are hereby dismissed with prejudice.  All attorney fees, costs, and expenses shall be borne by the incurring party. Dismissal does not bar Plaintiff from bringing any future claims arising out of Defendant's violation of the Stipulated Final Judgment of Permanent Injunction and this Order.

IT IS SO ORDERED.

Dated this 3rd day of April, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge